

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00348-CV

Isabel Carolina **VAZQUEZ**,
Appellant

v.

**SACATAR PROPERTIES**,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. 2022-CV-0071
Honorable Kirsten Legore, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. We ORDER that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent.

SIGNED August 3, 2022.

_____
Irene Rios, Justice